IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EXTREME NETWORKS, INC.,

                          Plaintiff,                        ORDER

    v.

                                                    07-C-229-C

ENTERASYS NETWORKS, INC.,

                          Defendant.

---

On January 31, 2008, this court held a recorded telephonic hearing on defendant's motion for sanctions, dkt. 109. Both sides were represented by counsel. After hearing from both sides and for reasons stated on the record, I denied the motion, declined to award costs, and slightly modified the summary judgment motion and briefing deadlines. The parties have until February 4, 2008 within which to file motions for summary judgment. Regardless when a party files its motion within this deadline, responses must be filed and served by February 21, 2008, with replies due by February 29, 2008. The parties have cashed in their mulligan for this case.

      Entered this 31st day of January, 2008.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge