**Cullen Weston Pines & Bach**
*A Limited Liability Partnership*

Lee Cullen
Lester A. Pines
Steven A. Bach
Alison TenBruggencate
Carol Grob
Linda L. Harfst
Jordan Loeb
Tamara B. Packard

Elise Clancy Ruoho
Susan M. Crawford
Theresa R. Gabriel
Elisabeth S. Bach-Van Horn
Jeffrey L. Vercauteren
Laurie B. Mlatawou

Of Counsel:
Cheryl Rosen Weston
Curt F. Pawlisch

*Attorneys at Law*
122 West Washington Avenue
Suite 900
Madison, Wisconsin 53703
(608) 251-0101
(608) 251-2883 Fax
www.cwpb.com

August 3, 2011

**VIA ELECTRONIC FILING**

Honorable Barbara B. Crabb
Senior United States District Judge
United States District Court
for the Western District of Wisconsin
120 N. Henry Street
Madison, WI  53701

Re:   Extreme Networks, Inc. v. Enterasys Networks, Inc.
      Civil Action No. 07-C-229-C

Dear Judge Crabb:

I am writing to confirm a conversation that Attorney James Peterson and I had with your assistant earlier this afternoon. Attorney Peterson has seen this letter and approved its contents.

The above matter has been settled in principle. The hearing scheduled for tomorrow can be removed from the Court's calendar. The parties request that the Court's standard dismissal order not be entered. They make this request because the settlement will require the Court to address certain issues, particularly the injunction against, and bond posted by, Enterasys Networks, Inc. It appears to us that it would be more efficient for the matter to remain open pending the Court's receipt of the settlement documents from the parties.

Honorable Barbara B. Crabb
August 3, 2011
Page 2                                              **Cullen Weston Pines & Bach LLP**

Attorney Peterson and I are available at the Court's convenience for a telephone conference about this matter if the Court deems that necessary.

Very truly yours,

CULLEN WESTON PINES & BACH LLP

Lester A. Pines

LAP:hkb
cc:   James Peterson
      Margaret Duncan
      Christopher Sullivan
      Jan Conlin