# United States District Court
### Western District of Wisconsin
### Robert W. Kastenmeier Courthouse
### 120 N. Henry Street, Rm. 540
### Post Office Box 591
### Madison, Wisconsin  53701

Chambers of
Barbara B. Crabb
District Judge

Telephone
608-264-5447

August 4, 2011

Counsel in Extreme Networks, Inc., v. Enterasys Networks, Inc.

Re: Extreme Networks, Inc., v. Enterasys Networks, Inc; 07-c-229-bbc

Dear Counsel:

Thank you for advising me of the settlement of this case.  As you requested, the court will not enter its standard order of dismissal. I will, however, set a telephone status conference for Wednesday, September 7, 2011, which is subject to cancellation if the final settlement documents have not been filed before then.  Plaintiff is responsible for initiating the conference call to chambers at (608) 264-5447.

Very truly yours,

/s/

Barbara B. Crabb
District Judge

BBC:skv