**United States District Court**
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

Chambers of  Barbara B. Crabb  District Judge

Telephone  608-264-5447

August 4, 2011

Counsel in Extreme Networks, Inc., v. Enterasys Networks, Inc.

Re: Extreme Networks, Inc., v. Enterasys Networks, Inc; 07-c-229-bbc

Dear Counsel:

    Thank you for advising me of the settlement of this case.  As you requested, the court will not enter its standard order of dismissal. I will, however, set a telephone status conference for Wednesday, September 7, 2011, which is subject to cancellation if the final settlement documents have not been filed before then.  Plaintiff is responsible for initiating the conference call to chambers at (608) 264-5447.

    Very truly yours,


    /s/

    Barbara B. Crabb
    District Judge

BBC:skv